GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MICHAEL J. STERN
Assistant United States Attorney
State Bar No. 194342
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3898
Michael.Stern@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW DIXON, ) <br> ) <br> Defendant. ) <br> _____ ) | CR NO. 08-1006-DSF <br><br> ORDER SETTING NEW <br> SENTENCING DATE |

O R D E R

Based on the request of the government, and the explanation set forth in the government's motion for a new sentencing date, the court hereby continues Defendant's sentencing date to October 5, 2009, at 8:30 a.m.  Defendant is ordered to appear for sentencing on that date.

Dated:     9/24/09

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE