UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 08-1006 DSF | Date | 11/4/09 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Interpreter | None Present |

| Debra Plato | None Present | Michael Stern<br>Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) Matthew Dixon | NOT | | X | 3) Bruce Margolin/Allison Margolin | NOT | | X |

**Proceedings:**     (IN CHAMBERS) ORDER RE MOTION TO REDUCE SENTENCE

   On October 27, 2009, the Court received the mandatory chambers copy of the government's Opposition to Defendant's Motion to Reduce Sentence.  Although Defense counsel had apparently filed the motion on October 20, counsel failed to submit the mandatory paper chambers copy, and failed to specify a date for the hearing or provide a proposed order. The Court will take no action on the motion until it is properly submitted and a hearing date set.

   Before noticing a hearing date and providing a proposed order, however, counsel should consider whether the points raised in the opposition are well-taken.

IT IS SO ORDERED.